Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Edward Castellanos

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD CASTELLANOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>    Defendants. | Case No.: 2:19-cv-00684-MCE-CKD<br><br>**ORDER** |

### ORDER

Pursuant to the Stipulation of the Parties (ECF No. 29), IT IS HEREBY ORDERED that Rushmore Loan Management Services, LLC is DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE